UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAZO CERVANTES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>Respondent. | No. 1:22-cv-00175-ADA-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. No. 6)<br><br>ORDER GRANTING MOTION FOR STAY, DISMISSING GROUND FIVE AND SIX, AND HOLDING PROCEEDINGS IN ABEYANCE<br><br>[60-DAY DEADLINE] |

Petitioner Carlos Razo Cervantes is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2022, the assigned magistrate judge issued findings and recommendations to grant petitioner's motion for stay, to dismiss grounds five and six, and to hold proceedings in abeyance. (Doc. Nos. 3, 6.) Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 16, 2022, (Doc. No. 6), are adopted in full;
2. Petitioner's motion for stay (Doc. No. 3), is granted;
3. Grounds five and six are dismissed from the petition without prejudice;
4. The petition for writ of habeas corpus is stayed and held in abeyance pending exhaustion of state remedies; and
5. Petitioner is directed to file a status report regarding the progress of state court proceedings within sixty (60) days of the date of service of this order, and every sixty (60) days thereafter.

IT IS SO ORDERED.

Dated:  September 2, 2022

UNITED STATES DISTRICT JUDGE