UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAZO CERVANTES,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, as Acting Warden, Kern Valley State Prison,<br><br>        Respondent. | No.  1:22-CV-00175-KES-SKO (HC)<br><br>**ORDER APPOINTING FEDERAL DEFENDER**<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON FEDERAL DEFENDER** |

Petitioner is a state prisoner proceeding on appeal with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 30, 2026, the Ninth Circuit Court of Appeals issued an order appointing counsel for Petitioner and directing the District Court to identify counsel. (Doc. 55.)

Accordingly, IT IS HEREBY ORDERED that the Federal Defender is APPOINTED to represent Petitioner on appeal on the conditions specified by the Ninth Circuit. The Clerk of Court is directed to serve a copy of this order on the Federal Defender along with a copy of the Ninth Circuit's order of January 30, 2026. (Doc. 55.)

IT IS SO ORDERED.

Dated:   **February 2, 2026**              /s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE